UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 04-10043
CT/AG#: CR-03-00010-LRH

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSEPH COPPOLA

    Defendant - Appellant



---------------------

APPEAL FROM the United States District Court for the District of Nevada (Las Vegas).

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the Appeal in this cause be, and hereby is DISMISSED for lack of jurisdiction.

Filed and entered March 18, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 2 2004

by: R. Roserts
    Deputy Clerk

115

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street, P. O. Box 193939
San Francisco, CA 94119-3939

April 12, 2004

USDC, Las Vegas
District of Nevada (Las Vegas)
333 Las Vegas Blvd.
Las Vegas, NV 89101

|           |                 | AGENCY/          |
| C.A. NO.  | TITLE           | D.C. NO.         |
| --------- | --------------- | ---------------- |
| 04-10043  | USA v. Coppola  | CR-03-00010-LRH  |

Dear Clerk:

The following document(s) in the above listed cause(s) is (are) being sent to you under cover of this letter.

[x] Certified copy of the Decree of the Court
[ ] Judgment of the National Labor Relations Board
[ ] Certified copy of the Entry of Dismissal

The record on appeal will follow under separate cover.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Rhonda Roberts
Deputy Clerk

Enclosure(s)
cc: ALL COUNSEL