# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10244 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00010-LRH/PAL |
| V. | |
| JOSEPH COPPOLA, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Nevada (Las Vegas).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Nevada (Las Vegas) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/24/06

A TRUE COPY ATTEST 12/11/06

CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800



December 11, 2006

USDC, Las Vegas
District of Nevada (Las Vegas)
333 Las Vegas Blvd.
Las Vegas, NV 89101

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10244 | USA v. Coppola | CR-03-00010-LRH/PAL |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Eliza Lau
Deputy Clerk

Enclosure(s)
cc: All Counsel