UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH COPPOLA,<br><br>　　　　　Defendant.<br>_____ | 02:03-CR-00010-LRH-PAL<br><br>ORDER |

　　　Presently before the court is Joseph Coppola's ("Coppola") Motion for Return of Property (# 184[1]). Coppola asks this court to return property that was allegedly ordered held pending appeal. The court is unaware of any order that held Coppola's property pending appeal. It is not the practice of this court to hold the property of criminal defendants.

///
///
///
///
///
///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that Coppola's Motion for Return of Property (# 184) is
2   hereby DENIED.
3   IT IS SO ORDERED.
4   DATED this 5th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE