UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH COPPOLA,<br><br>        Defendant. | 02:03-CR-00010-LRH-PAL<br><br>**ORDER** |

Presently before the court is Joseph Coppola's ("Coppola") Motion for Recusal (# 195). The United States has filed a response (# 207), and Coppola replied (# 209). Also before the court, is Coppola's Motion to Strike Response (# 208).

Recusal is governed by 28 U.S.C. § 144 and 455. Under § 144, a party seeking recusal must set forth, in an affidavit, facts and reasons for the belief that bias or prejudice exists. *See* 28 U.S.C. § 144. The standard for recusal under Sections 144 and 455 is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986). The alleged prejudice must result from an extrajudicial source; a judge's prior adverse ruling is not sufficient cause for recusal. *Id*. The challenged judge should rule on the legal sufficiency of the recusal motion in the first instance. *Id*. at 940. The judge has a duty not to recuse when thee is no sound reason to do so.

Coppola argues that this court is biased against him and should recuse on his pending 28

1  U.S.C. § 2255 motion.  Coppola contends that he witnessed the court act with apparent bias and
2  partiality in favor of the prosecution.  Coppola further states that he witnessed the court act in
3  collusion with the prosecutor in denying him a fair trial.
4        The court has carefully reviewed Coppola's points and authorities and finds no basis for
5  recusal.  Coppola's conclusory allegations of bias are insufficient to warrant recusal. No reasonable
6  person with knowledge of all the facts would conclude that this court's impartiality might
7  reasonably be questioned.  *See Studley*, 783 F.2d at 939.
8        IT IS THEREFORE ORDERED that Coppola's Motion for Recusal (# 195) is hereby
9  DENIED.
10        IT IS FURTHER ORDERED that Coppola's Motion to Strike Response (# 208) is hereby
11  DENIED.
12        IT IS SO ORDERED.
13        DATED this 5th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2