UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-cr-00010-LRH-PAL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| JOSEPH COPPOLA, ) | |
| ) | |
| Defendant. ) | |

The court cites relevant events pertaining to defendant's Motion Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#194) as follows:

The Clerk received and filed the above-referenced motion by defendant on November 26, 2007. On February 29, 2008, the court ordered that a responsive pleading be filed by the Government (#201). On April 25, 2008, the Government responded with a request to reset the deadline for responding to defendant's motion due to the movant's failure to file or serve the Memorandum of Points and Authorities in support of the motion. On April 28, 2009, approximately one year and five months after the motion was filed, the defendant submitted and the Clerk filed a 97-page Memorandum of Points and Authorities (#219) in support of the motion (#194).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States shall have sixty (60) days from the date of entry of this Order to respond to defendant's Memorandum

///

///

1 of Points and Authorities in support of his motion and to otherwise challenge the motion as may
2 be appropriate.
3       DATED this 20th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE