UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-CR-00010-LRH-PAL |
| Plaintiff, ) | |
| v. ) | **MINUTE ORDER** |
| JOSEPH COPPOLA, ) | |
| ) | September 20, 2015 |
| Defendant. ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>   REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S): <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is defendant's Motion for Order to Have Probation Correct the Incorrect Presentence Report (doc. #259)[1]. The government has responded (doc. #260) and defendant has replied (doc. #262).

It appearing that this is an administrative matter involving the Bureau of Prison's classification process concerning defendant's prison custody, it is an administrative matter to be resolved through the Bureau of Prisons. Defendant's motion (doc. #259) is therefore **DISMISSED without prejudice.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: <u>        /s/        </u>
Deputy Clerk

---

[1] Refers to court's docket number.