AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:03-cr-00010-LRH-PAL |
| ) | |
| JOSEPH COPPOLA ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Elayna J. Youchah. | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | August 29, 2022, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  August 22, 2022

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 22, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY